UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

ULTRA COLOR, INCORPORATED,

Plaintiff,

v. Civil Case No.: 01-CV-2160 MJD/SRN

ULTRA COLOR LABORATORY, INC.,

Defendant.

**STIPULATION FOR AN EXTENSION OF TIME** AND ORDER

**IT IS HEREBY STIPULATED** by and between the undersigned counsel and parties that the time within which the Defendant may answer or otherwise plead or move with respect to the Complaint in this civil action be, and it hereby is, extended to January 31, 2002.

Date: 12-12-01

**ULTRA COLOR, INCORPORATED**

By: ______________________

Mark P. Kovalchuk
Kovalchuk and Cutshall, P.A.
412 Union Plaza
333 Washington Avenue North
Minneapolis, MN 55401
(612) 373-9818

Date: 12/11/01

**ULTRA COLOR LABORATORY, INC.**

By: ______________________

Beth J. Kushner
von Briesen, Purtell & Roper, s.c.
735 North Water Street; Suite 1000
Milwaukee, WI 53202
(414) 287-1373
(414) 273-7897 (fax)

FILED DEC 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS SO ORDERED.

DATED: December 18, 2001

SUSAN RICHARD NELSON
United States Magistrate Judge