UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

ULTRA COLOR, INCORPORATED
Plaintiff,

v. Civil Case No.: 01-CV-2160 MJD/SRN

ULTRA COLOR LABORATORY, INC.
Defendant.

STIPULATION FOR AN EXTENSION OF TIME

IT IS HEREBY STIPULATED by and between the undersigned counsel and parties that the time within which Defendant may answer or otherwise plead or move with respect to the Complaint in this civil action be, and it hereby is, extended to March 1, 2002.

Date: 1-23-02

ULTRA COLOR, INCORPORATED

By: [signature]
Mark P. Kovalchuk
Kovalchuk & Cutshall, P.A.
412 Union Plaza
333 Washington Avenue North
Minneapolis, MN 55401
(612) 373-9818

Date: 18 Jan '02

ULTRA COLOR LABORATORY, INC.

By: [signature]
George W. Neuner
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

FILED JAN 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

IT IS SO ORDERED.

DATED: January 29, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge